[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-13212
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 29, 2011
JOHN LEY
CLERK

D.C. Docket No. 0:09-cv-61448-JIC

DONN LILES,

                                        Plaintiff - Appellant,

versus

STUART WEITZMAN, LLC,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 29, 2011)

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

    Donn Liles appeals the grant of summary judgment in favor of his former

employer, Stuart Weitzman, LLC ("Stuart Weitzman"), in his

employment-discrimination action, brought under the Age Discrimination in Employment Act, 29 U.S.C. § 623(a)(1), and the Florida Civil Rights Act, Fla. Stat.§ 760.10(1)(a) (2009).  After careful consideration of the parties' briefs and the record in this case and having the benefit of oral argument, we find no reversible error in the district court's grant of summary judgment in favor of Stuart Weitzman.

**AFFIRMED.**